IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00459-RPM-BNB

SHARON COOK,

Plaintiff,

v.

LIGHTNING LIMOUSINE, INC.,
TODD M. DALESSANDRO, and
DOES 1-30,

Defendants.
_____

### MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Motion to Withdraw of Harold A. DePalma** (the "Motion"), filed on August 19, 2005.

IT IS ORDERED that the Motion is GRANTED and attorney Harold A. DePalma is withdrawn from the representation of defendants Lightning Limousine, Inc. and Todd M. Dalessandro, and is removed from the electronic notification.  Miles M. Dewhirst is now the only attorney of record.

DATED: August 25, 2005