IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00459-RPM-BNB

SHARON COOK,

Plaintiff,

v.

LIGHTNING LIMOUSINE, INC.,
TODD M. DALESSANDRO, and
DOES 1-30,

Defendants.

_____

# MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

     This matter is before the Court on the **Stipulated Motion to Vacate Settlement Conference and Request for Expedited Ruling** (the "Motion"), filed on August 24, 2005.

     IT IS ORDERED that the Motion is GRANTED.  The Settlement Conference set for August 30, 2005, is VACATED, to be reset upon the request of the parties.

DATED: August 25, 2005