IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 05-cv-00459-RPM-BNB

SHARON COOK,

Plaintiff,

v.

LIGHTNING LIMOUSINE, INC.,
TODD M. DALESSANDRO, and
DOES 1-30,

Defendants.
_____

**ORDER**
_____

This matter is before me on the plaintiff's **Motion for Leave to File Amended Complaint to Add Negligence Claims, Additional Parties, and Exemplary Damages** (the "Motion to Amend"), filed October 7, 2005. I held a hearing on the Motion to Amend this morning and made rulings on the record, which are incorporated here. In summary and for the reasons stated on the record:

IT IS ORDERED that the Motion to Amend is GRANTED. The Clerk of the Court is directed to accept for filing the Amended Complaint attached as Exhibit D to the Motion to Amend.

IT IS FURTHER ORDERED that those defendants already served in the case shall respond to the Amended Complaint within 20 days.

Dated November 7, 2005.

                                               BY THE COURT:

                                               /s/ Boyd N. Boland
                                               United States Magistrate Judge