IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00459-RPM-BNB

SHARON COOK,

Plaintiff,

v.

LIGHTNING LIMOUSINE, INC.,
TODD M. DALESSANDRO, and
DOES 1-30,

Defendants.
_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Joint Motion to Modify Scheduling Order** (the "Motion"), filed on February 23, 2006.

IT IS ORDERED that the Motion is GRANTED and the Scheduling Order is amended as follows:

Expert Witness Disclosures (by new parties and regarding new claims/affirmative defenses added):

> The parties shall designate all experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **March 31, 2006**

> The parties shall designate all rebuttal experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **April 20, 2006**

| | |
|---|---|
| Discovery deadline: | **May 1, 2006** |
| Dispositive Motion Deadline: | **May 15, 2006** |

DATED: February 24, 2006