IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 05-cv-00459-RPM-BNB

SHARON COOK,

Plaintiff,

v.

LIGHTNING LIMOUSINE, INC.,
TODD M. D'ALESSANDRO,
SMIDDY LIMOUSINE CORPORATION,
KEVIN SMIDDY, and
DOES 1-30,

Defendants.
_____

**ORDER**
_____

This matter arises in connection with the defendants' **Motion for Status Conference** [Doc. # 71, filed 6/7/06] (the "Motion"). Consistent with matters discussed with counsel this afternoon:

IT IS ORDERED that a settlement conference is set for **August 2, 2006, at 3:00 p.m.**, in Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado. Attorneys must be present at the settlement conference in person; client representatives with full authority to settle the case may attend the conference by telephone. (NOTE: If an insurance company is involved, an adjustor with authority to enter into a settlement must also be present at the conference by telephone.) Each party shall submit a confidential settlement statement to my chambers on or before **July 26, 2006**, outlining the facts and issues in

the case and containing a specific offer of compromise, including a dollar amount the client will accept or pay in settlement and any other essential elements of a settlement.

IT IS FURTHER ORDERED that a hearing on the issues of the continuation of the plaintiff's deposition and of an independent medical examination of the plaintiff, all as raised in the Motion, is set for **August 11, 2006, at 9:30 a.m.**

Dated June 19, 2006.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge