IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  05-cv-00459-RPM-BNB

SHARON COOK,

     Plaintiff,

v.

LIGHTNING LIMOUSINE, INC.,
TODD M. D'ALESSANDRO,
SMIDDY LIMOUSINE CORPORATION,
KEVIN SMIDDY, and
DOES 1-30,

     Defendants.

## ORDER OF DISMISSAL WITH PREJUDICE

     Pursuant to the Stipulation for Dismissal with Prejudice (Doc. #83), filed on August 14, 2006, it is

     ORDERED that Plaintiff's Complaint and all claims asserted in the above-captioned action are dismissed with prejudice, each party to bear its own attorney's fees and costs.

     Dated: August 15, 2006

                                BY THE COURT:

                                s/Richard P. Matsch
                                _____
                                Richard P. Matsch, Senior District Judge